RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAY 2 7 2026

DANIEL J. McCOY, CLERK
BY:_____

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION


HUGH BRIAN STREET,

Plaintiff,


v.


DEPUTY CHUCK CHRIST, ET AL.,

Defendants.


CASE NO.: 2:25-CV-01882

JUDGE JAMES D. CAIN, JR.

MAGISTRATE JUDGE LEBLANC

---

## NOTICE OF APPEAL

---

NOW INTO COURT comes Plaintiff, Hugh Brian Street, proceeding pro se, who respectfully files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit. Pursuant to Federal Rule of Appellate Procedure 3(c)(4), this Notice of Appeal encompasses the final Judgment and all

co-pending and earlier rulings, decisions, and orders that merge into said Judgment, including but not limited to the following final judgment and orders entered in this action:

1. The final **Judgment** entered on March 5, 2026 (Doc. 37), which granted the Defendants' Motion to Dismiss and dismissed Plaintiff's claims with prejudice;

2. The **Memorandum Ruling** entered on March 5, 2026 (Doc. 36), which formed the basis of the final Judgment;

3. The **Memorandum Order** entered on December 1, 2025 (Doc. 6), which denied Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction;

4. The **Memorandum Order** entered on December 10, 2025 (Doc. 21), which denied Plaintiff's Motion for Leave to Conduct Expedited Discovery (Doc. 4) and Motion for Service of Process by U.S. Marshal (Doc. 5);

5. The **Memorandum Order** entered upon Reconsideration on December 12, 2025 (Doc. 22), which denied Plaintiff's Motion for Reconsideration and

remaining requests for emergency protective and injunctive relief; and

6. The **Order** entered on April 29, 2026 (Doc. 42), which denied Plaintiff's timely filed Rule 59(e) Motion to Alter or Amend the Judgment.

**Exclusion of Consent Judgment and Ruling:** This Notice of Appeal expressly **excludes** the separate Judgment (Doc. 35) and corresponding Memorandum Ruling (Doc. 34) entered on March 5, 2026, dismissing the Defendant Louisiana Sheriffs' Law Enforcement Program (LSLEP), which were entered pursuant to Plaintiff's Statement of Non-Opposition (Doc. 31). Plaintiff is appealing the dismissal of the primary Defendants only.

Respectfully submitted this 27th day of May, 2026.

HUGH BRIAN STREET

Plaintiff, Pro Se

385 RC Stephens Rd

Leesville, LA 71446

337-404-6465

brian.street@southerntreeninjas.com

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2026, a true and correct copy of the foregoing Notice of Appeal was filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF system and/or by depositing a copy in the United States Mail, postage prepaid, addressed to:

Jason P. Wixom

Laura C. Rodrigue

Blake J. Arcuri

RODRIGUE & ARCURI LLP

1615 Poydras Street, Suite 1250

New Orleans, Louisiana 70112

Counsel for Defendants

_____

HUGH BRIAN STREET