# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2026

Mr. Jason Paul Wixom
Rodrigue & Arcuri, L.L.P.
1615 Poydras Street
New Orleans, LA 70112

    No. 26-30329   Street v. Christ
                USDC No. 2:25-CV-1882

Dear Mr. Wixom,

Appearance forms require either an original signature in the signature line or **`s/name`** by attorneys filing under their own CM/ECF login.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Kierston Jackson, Deputy Clerk