# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 17, 2026

Mr. Hugh Brian Street
385 RC Stephens Road
Leesville, LA 71446

No. 26-30329 Street v. Christ
USDC No. 2:25-CV-1882

Dear Mr. Street,

We filed your brief. However, you must make the following corrections within the next 14 days. You may:

Your brief has a 54-page addendum attached to your brief. The only attachments allowed to the briefs without leave of court are statutes, rules, regulations, etc. See Fed. R. App. P. 28(f).

If the attached document is your record excerpts they must be filed separately.

Opposing counsel's briefing time has not started, in light of appellant's insufficient brief.

Once your brief is sufficient you may submit your sufficient brief to the pro se email address: Pro se@ca5.uscourts.gov.

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Blake Joseph Arcuri
Mr. Jason Paul Wixom