# *Is United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 28, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-30329 Street v. Christ
USDC No. 2:25-CV-1882

The court has granted the motion to file the corrected brief and record excerpts out of time in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Rebecca Andry
Rebecca Andry, Deputy Clerk
504-310-7638

Mr. Blake Joseph Arcuri
Mr. Hugh Brian Street
Mr. Jason Paul Wixom